## COLLINS v. DEAN

No. 241P99

Case below: 133 N.C.App. 189

Notice of appeal by defendant pro se (Marcia Dean) pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 7 October 1999. Notice of appeal by defendants pro se pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 7 October 1999. Petition by defendant pro se (Marcia Dean) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 October 1999.

## COOLIDGE v. MAJERCIK

No. 407P99

Case below: 134 N.C.App. 376

Motion by plaintiff for temporary stay denied 3 September 1999. Petition by plaintiff for writ of supersedeas denied 7 October 1999. Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 October 1999.

## CROWDER CONSTR. CO. v. KISER

No. 433P99

Case below: 134 N.C.App. 190

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999.

## CRUMP v. SNEAD

No. 393P99

Case below: 134 N.C.App. 353

Petition by petitioner appellants for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999. Justice Martin recused.